UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. FANNING, as CHIEF EXECUTIVE OFFICER OF THE CENTRAL PENSION FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>HIGH MOUNTAIN INSPECTION SERVICES, INC. )<br><br>Defendant. ) | CA No.: 06cv02177-RJL |

### PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff, Michael R. Fanning, Chief Executive Officer of the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, through undersigned counsel, hereby moves this Court to issue a preliminary injunction pursuant to Fed. R. Civ. P. 65(a) requiring the Defendant: 1) to immediately remit $1,549,855.64 in wrongfully withheld contributions; 2) to remit liquidated damages; 3) to remit interest owed on the delinquent contributions; 4) to refrain from failing to pay contributions owed during the course of this litigation; and 5) to submit to an audit of its payroll and other records so that the Central Pension Fund can fully determine the amount of the Defendant's liability.

1. Plaintiff has filed a Complaint in this Court seeking injunctive relief, delinquent employer contributions, liquidated damages, interest, costs and fees pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA").

2. Plaintiff is substantially likely to succeed on the merits and the Central Pension Fund will suffer irreparable harm absent immediate injunctive relief. The relief sought will not harm the Defendant to a greater extent than that which the Central Pension Fund will suffer absent an injunction. The public interest is best served by an issuance of an injunction.

3.	Plaintiff requests that the Court exercise its broad discretion under Fed. R. Civ. P. 65(c) to grant a preliminary injunction in the public interest. 29 U.S.C. § 1104(a)(1)(A).

The accompanying Memorandum of Points and Authorities and supporting Declarations with exhibits set forth the basis for this motion. A proposed injunction order is also attached to this motion.

Dated: January 17, 2007	Respectfully submitted,

**O'DONOGHUE & O'DONOGHUE LLP**
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
Telephone: (202) 362-0041
Facsimile: (202) 237-1200

_____
Charles W. Gilligan (Bar No. 394710)
R. Richard Hopp (Bar No. 432221)

*Attorneys for the Central Pension Fund*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. FANNING, as CHIEF EXECUTIVE OFFICER OF THE CENTRAL PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>HIGH MOUNTAIN INSPECTION SERVICES, INC.<br><br>Defendant. | CA No.: 06cv02177-RJL |

## ORDER GRANTING PRELIMINARY INJUNCTION

Pending before the Court is Plaintiff's Motion for a Preliminary Injunction enjoining Defendant High Mountain Inspection Services, Inc. from wrongfully withholding delinquent contributions liquidated damages and interest, from wrongfully withholding contributions that become due during this lawsuit, and requiring High Mountain Inspection Services, Inc. to submit to an audit. Notice, as required by Fed. Rule Civ. P. 65(a) and Local Rule 65.1, has been provided to the Defendant.

The Court has concluded, after reviewing the Complaint, the Memorandum of Points and Authorities, and the accompanying Declarations and exhibits, that the requirements of Rule 65 have been met and that a preliminary injunction should issue. Plaintiff has made a showing that significant irreparable harm will result to the Central Pension Fund. The Plaintiff has further shown a likelihood of success on the merits, as High Mountain Inspection Services, Inc.'s obligation to pay contributions to the Central Pension Fund is undisputed, and that no viable defenses have been raised by the Defendant. The balance of the hardships clearly favors granting the preliminary injunction. The public interest is also furthered by the issuance of a

preliminary injunction to the Central Pension Fund given the clear federal policies favoring the stability and protection of multiemployer plans and the assurance of their adequate funding.

For the foregoing reasons, it is hereby

ORDERED that Defendant immediately remit $1,549,855.64 in wrongfully withheld contributions; and it is further

ORDERED that Defendant immediately remit $309,971.13 in wrongfully withheld liquidated damages; and it is further

ORDERED that Defendant immediately remit simple interest at the rate of 9% on the wrongfully withheld contributions; and it is further

ORDERED that Defendant refrain from failing to pay contributions owed during the course of this litigation; and it is further

ORDERED that Defendant will submit to an audit of its payroll and other records to determine the amount of contributions, liquidated damages and interest owed for periods after August 2005 to date; and it is further

ORDERED that no bond or security will be required of the Central Pension Fund.

IT IS SO ORDERED this ___ day of February, 2007.

                                                    _____
U.S. DISTRICT COURT JUDGE
Richard J. Leon

cc's on next page

Copies to:

    Charles W. Gilligan
    R. Richard Hopp
    O'DONOGHUE & O'DONOGHUE LLP
    4748 Wisconsin Avenue, N.W.
    Washington, D.C. 20016


    Registered Agent/Responsible Officer
    High Mountain Inspection Services, Inc.
    2986 Herrington
    Casper, Wyoming 82601

    Suzanne Fraser, President
    High Mountain Inspection Services, Inc.
    2000 West Revenue Street
    Casper, Wyoming 82601

149287_1