# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL R. FANNING, as CHIEF EXECUTIVE    )
OFFICER OF THE CENTRAL PENSION FUND    )
                                             )
                Plaintiff,              )
                                             )
                v.                          )      CA No.: 06cv02177-RJL
                                             )
HIGH MOUNTAIN INSPECTION SERVICES, INC.    )
                                             )
              Defendant.            )

## ORDER GRANTING PRELIMINARY INJUNCTION

Pending before the Court is Plaintiff's Motion for a Preliminary Injunction enjoining Defendant High Mountain Inspection Services, Inc. from wrongfully withholding delinquent contributions liquidated damages and interest, from wrongfully withholding contributions that become due during this lawsuit, and requiring High Mountain Inspection Services, Inc. to submit to an audit. Notice, as required by Fed. Rule Civ. P. 65(a) and Local Rule 65.1, has been provided to the Defendant.

The Court has concluded, after reviewing the Complaint, the Memorandum of Points and Authorities, and the accompanying Declarations and exhibits, that the requirements of Rule 65 have been met and that a preliminary injunction should issue. Plaintiff has made a showing that significant irreparable harm will result to the Central Pension Fund. The Plaintiff has further shown a likelihood of success on the merits, as High Mountain Inspection Services, Inc.'s obligation to pay contributions to the Central Pension Fund is undisputed, and that no viable defenses have been raised by the Defendant. The balance of the hardships clearly favors granting the preliminary injunction. The public interest is also furthered by the issuance of a

preliminary injunction to the Central Pension Fund given the clear federal policies favoring the stability and protection of multiemployer plans and the assurance of their adequate funding.

For the foregoing reasons, it is hereby

ORDERED that Defendant immediately remit $1,549,855.64 in wrongfully withheld contributions; and it is further

ORDERED that Defendant immediately remit $309,971.13 in wrongfully withheld liquidated damages; and it is further

ORDERED that Defendant immediately remit simple interest at the rate of 9% on the wrongfully withheld contributions; and it is further

ORDERED that Defendant refrain from failing to pay contributions owed during the course of this litigation; and it is further

ORDERED that Defendant will submit to an audit of its payroll and other records to determine the amount of contributions, liquidated damages and interest owed for periods after August 2005 to date; and it is further

ORDERED that no bond or security will be required of the Central Pension Fund.

IT IS SO ORDERED this ___ day of February, 2007.


_____
U.S. DISTRICT COURT JUDGE
Richard J. Leon


cc's on next page

2

Copies to:

Charles W. Gilligan
R. Richard Hopp
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016


Registered Agent/Responsible Officer
High Mountain Inspection Services, Inc.
2986 Herrington
Casper, Wyoming 82601

Suzanne Fraser, President
High Mountain Inspection Services, Inc.
2000 West Revenue Street
Casper, Wyoming 82601

149287_1