UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. FANNING, as CHIEF EXECUTIVE OFFICER OF THE CENTRAL PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>HIGH MOUNTAIN INSPECTION SERVICES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CA No.: 06cv02177-RJL<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2007, Plaintiffs' Motion for a Preliminary Injunction and Plaintiffs' Memorandum of Points and Authorities In Support of Motion for a Preliminary Injunction and related materials were served by hand delivery to:

Registered Agent/Responsible Officer
High Mountain Inspection Services, Inc.
2986 Herrington
Casper, Wyoming 82601

Suzanne Fraser, President
High Mountain Inspection Services, Inc.
2000 West Revenue Street
Casper, Wyoming 82601

_____
R. Richard Hopp