# Priority+ Legal Services, Inc.

PO Box 540, Reisterstown, Maryland 21136
(410) 282-7000  Fax (410) 823-3299

## Affidavit - Return of Private Process

U. S. District Court District of Columbia

Case #  1:06CV02177

Case    Michael R. Fanning, CEO

vs.

High Mountain Inspection Services, Inc.

The undersigned certifies to be a competent person over 18 years old and is not a party to the aforsaid action.

That on 1/29/2007 at 10:23:00 AM at 2000 West Revenue St, Casper, WY 82601

Suzanne Fraser, President was served with:
Accepted by:

- ☑ Writ of Summons
- ☑ Complaint
- ☐ Injunction
- ☐ Interrogatories
- ☐ Subpoena
- ☐ Notice to Take Deposition
- ☐ Order to Appear for Oral Exam
- ☑ Supporting Documents
- ☐ Confessed Judgement
- ☐ Show Cause Order
- ☐ Replevin
- ☐ Writ of Garnishment on Property
- ☐ Writ of Garnishment on Wages
- ☐ Civil Non-Domestic Case Information Report
- ☐ Civil Domestic Case Information Report
- ☐ Request for Production of Documents

Other:
Case Management Order, Consent to Proceed Before a U.S. Magistrate Judge, and Plaintiff's Motion for Preliminary Injunction (including supporting documents)

### Additional Information:

Race:           Height:         Hair:           Age:
Sex:            Weight:         Other:

The undersigned further solemnly declares and affirms under the penalty of perjury that the matter and facts set forth herein are true and correct to the best of my knowledge, information and belief.

Date: 2/9/2007

_____
Private Process Server

Sworn and Subscribed to before me this _____ day of _____, in the year _____.

_____
Michael F. Stern
Notary Public
Baltimore County, Maryland
My Commission Expires 02/01/2011