AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fanning

        Plaintiff(s)    )   **APPEARANCE**

vs.

High Mountain Inspection Service, Inc.  )   CASE NUMBER  06cv2177 (RJL)

        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Alison N. Davis__ as counsel in this
                      (Attorney's Name)

case for: __High Mountain Inspection Service, Inc.__
              (Name of party or parties)

February 16, 2007
Date

*[Signature]*
Signature

429700
BAR IDENTIFICATION

Alison N. Davis
Print Name

Ford & Harrison LLP, 1300 19th Street, N.W., Suite 700
Address

Washington, DC  20036
City    State    Zip Code

Tel (202) 719-2017, Fax (202) 719-2077
Phone Number