AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Fanning )
      Plaintiff(s) )
       ) **APPEARANCE**
       )
      vs. ) CASE NUMBER   06cv2177 (RJL)
High Mountain Inspection Service, Inc. )
       )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Kevin M. Kraham   as counsel in this
                        (Attorney's Name)

case for:   High Mountain Inspection Service, Inc.
                  (Name of party or parties)


February 16, 2007
Date

*(Signature)*

459077
BAR IDENTIFICATION

Kevin M. Kraham
Print Name

Ford & Harrison LLP, 1300 19th Street, N.W., Suite 700
Address

Washington, DC  20036
City     State     Zip Code

Tel (202) 719-2016, Fax (202) 719-2077
Phone Number