UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL R. FANNING,<br><br>     Plaintiff,<br><br>     v.<br><br>HIGH MOUNTAIN INSEPCTION SERVICE, INC.,<br><br>     Defendant. | Civil Action No. 06-2177 (RJL) |

**CERTIFICATE UNDER LCvR 7.1**

We, the undersigned, counsel of record for Defendant High Mountain Inspection Service, Inc. ("HMIS"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of HMIS, which have any outstanding securities in the hands of the public:  none.  These representations are made in order that judges of this Court may determine the need for recusal.

Dated: this 20th day of February, 2007     Respectfully submitted,

By:          /s/ Alison N. Davis
     Alison N. Davis, DC Bar No. 429700
     Kevin M. Kraham, DC Bar No. 459077
     FORD & HARRISON LLP
     1300 19th Street, N.W., Suite 700
     Washington, DC  20036
     Tel  (202) 719-2000
     Fax  (202) 719-2077
     adavis@fordharrison.com
     kkraham@fordharrison.com

     Attorneys for Defendant High Mountain
     Inspection Service, Inc.

DC:64699.1