IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL FANNING,<br><br>      Plaintiff,<br><br>v.<br><br>HIGH MOUNTAIN INSPECTION SERVICES, INC.,<br><br>      Defendant. | Civil Action No. 06cv02177 (RJL) |

## NOTICE OF BANKRUPTCY

Defendant High Mountain Inspection Services, Inc. ("High Mountain"), by and through its counsel, hereby notifies the Court that on May 21, 2007, it filed a voluntary bankruptcy petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Wyoming, where it is still pending as Case No. 07-20314. *See* Ex. 1. Pursuant to 11 U.S.C. § 362, certain acts and proceedings involving Defendant High Mountain and its property are stayed as a result of the filing of the bankruptcy petition.

Dated: May 23, 2007 Respectfully submitted,


By: _____/s/ Alison N. Davis_____
  Alison N. Davis, D.C. Bar No. 429700
  Kevin M. Kraham, D.C. Bar No. 459077

  FORD & HARRISON LLP
  1300 19th Street, N.W., Suite 700
  Washington, D.C. 20036
  Tel (202) 719-2000
  Fax (202) 719-2077
  adavis@fordharrison.com
  kkraham@fordharrison.com

  Attorneys for Defendant High Mountain Inspection
  Services, Inc.

# Exhibit 1

Case 1:06-cv-02177-RJL   Document 20-2   Filed 05/23/2007   Page 1 of 2

United States Bankruptcy Court
District of Wyoming

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/21/2007 at 4:33 PM and filed on 05/21/2007.

**High Mountain Inspection Services, Inc**
PO Box 1508
Mills, WY 82644
Tax id: 83-0274648



FILED Electronically
05/21/2007
4:33 PM

The case was filed by the debtor's attorney:

Stephen R. Winship
Winship & Winship, PC
P. O. Box 548
Casper, WY 82602
307-234-8991

The case was assigned case number 07-20314 to Judge Peter J. McNiff.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.wyb.uscourts.gov or at the Clerk's Office, 2120 Capitol Avenue #6004, Cheyenne, WY 82001-3633.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Joyce W. Harris
Clerk, U.S. Bankruptcy Court