UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MICHAEL R. FANNING, as CHIEF EXECUTIVE OFFICER OF THE CENTRAL PENSION FUND, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HIGH MOUNTAIN INSPECTION )<br>SERVICES, INC., )<br>)<br>Defendant. ) | Civil Case No. 06cv2177 (RJL) |

### ORDER

For the reasons set forth in the Memorandum Opinion above, it is this 23rd day of July, 2007, hereby

**ORDERED** that the plaintiff's Motion for a Preliminary Injunction [#5] is **DENIED**.

**SO ORDERED**.

_____
RICHARD J. LEON
**United States District Judge**

