IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL FANNING,

    Plaintiff,

v.

HIGH MOUNTAIN INSPECTION SERVICES, INC.,

    Defendant.

Civil Action No. 06cv02177 (RJL)

**MOTION OF HIGH MOUNTAIN INSPECTION SERVICES, INC., TO POSTPONE STATUS CONFERENCE**

The Defendant, High Mountain Inspection Services, Inc. ("High Mountain"), by and through its counsel, hereby moves to postpone the status conference in this case, currently scheduled for December 4, 2007, until such time as the United States Bankruptcy Court for the District of Wyoming rules on High Mountain's bankruptcy petition, filed on May 21, 2007, under Chapter 11 of Title 11 of the United States Bankruptcy Code. *See* Ex. 1. The hearing in the United States Bankruptcy Court has been rescheduled for January 8, 2008. *See* Ex. 2. The above captioned matter is automatically stayed pursuant to 11 U.S.C. § 362(a)(1).

Defendant conferred with opposing counsel regarding postponement of the status conference and opposing counsel refused to consent.

Wherefore, Defendant High Mountain respectfully submits that the appropriate course of action for this Court is to postpone the status conference until such time as the United States Bankruptcy Court for the District of Wyoming rules on High Mountain's bankruptcy petition.

Dated: November 29, 2007                    Respectfully submitted,


                                            By:    /s/ Kevin M. Kraham
                                                Alison N. Davis, D.C. Bar No. 429700
                                                Kevin M. Kraham, D.C. Bar No. 459077

                                                FORD & HARRISON LLP
                                                1300 19th Street, N.W., Suite 700
                                                Washington, D.C. 20036
                                                Tel (202) 719-2000
                                                Fax (202) 719-2077
                                                adavis@fordharrison.com
                                                kkraham@fordharrison.com

                                                Attorneys for Defendant High Mountain Inspection
                                                Services, Inc.

Exhibit 1

United States Bankruptcy Court
District of Wyoming

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 05/21/2007 at 4:33 PM and filed on 05/21/2007.

High Mountain Inspection Services, Inc
PO Box 1508
Mills, WY 82644
Tax id: 83-0274648



FILED
Electronically
05/21/2007
4:33 PM

The case was filed by the debtor's attorney:

Stephen R. Winship
Winship & Winship, PC
P. O. Box 548
Casper, WY 82602
307-234-8991

The case was assigned case number 07-20314 to Judge Peter J. McNiff.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.wyb.uscourts.gov or at the Clerk's Office, 2120 Capitol Avenue #6004, Cheyenne, WY 82001-3633.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Joyce W. Harris
Clerk, U.S. Bankruptcy Court

Exhibit 2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In re )
 )
HIGH MOUNTAIN INSPECTION ) Case No. 07-20314
SERVICES, INC., ) CHAPTER 11
 )
Debtor. )

FILED
8:48 am, 11/20/07
Joyce W. Harris
Clerk of Court

## ORDER GRANTING MOTION TO CONTINUE HEARING AND ORDER RESCHEDULING HEARING

THIS MATTER comes before the court on the debtor's motion to continue the hearing scheduled for December 18, 2007 on the United States Trustee's Amended Motion to Dismiss or Convert Case. Now the court, being fully advised, finds that the motion should be granted.

IT IS ORDERED that the motion is granted and the hearing on the United States Trustee's Amended Motion to Dismiss or Convert Case, originally scheduled for December 18, 2007, is RESCHEDULED and will be held by **video conference** before the Honorable Peter J. McNiff on **January 8, 2008 at 1:30 p.m.** Participants in the Casper, Wyoming area may appear in the First Floor Courtroom, Federal Courthouse, 111 South Wolcott, Casper, Wyoming. Participants in the Cheyenne, Wyoming area may appear in the U.S. Bankruptcy Courtroom, 2120 Capitol Avenue, 8th Floor, Cheyenne, Wyoming.

On or before **January 3, 2008**, any party intending to introduce exhibits or call witnesses at the hearing shall file a schedule of proposed exhibits and anticipated witnesses

050542

and shall serve the schedule and copies of the proposed exhibits on all parties. The schedule and copies of the proposed exhibits shall also be provided to the Judge's chambers by that date. If the documents consist of ten or fewer pages, the schedule and copies of the exhibits may be faxed to the Judge's chambers at 307-433-2255. If the list and proposed exhibits consist of more than ten pages, the documents must be provided directly to The Honorable Peter McNiff, U.S. Bankruptcy Court, 2120 Capitol Avenue, Suite 8024, Cheyenne, Wyoming 82001.

The copies of the exhibits shall not be filed with the clerk. Counsel should retain original exhibits for introduction at the hearing at counsel's respective location.

DATED this 20th day of November, 2007.

By the Court

/s/
HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge

Service to:
   All on matrix

050542   4 2 5 0 9 0 5 0 6 4 4 0 1 0

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL FANNING,<br><br>          Plaintiff,<br><br>     v.<br><br>HIGH MOUNTAIN INSPECTION SERVICES, INC.,<br><br>          Defendant. | Civil Action No. 06cv02177 (RJL) |

**ORDER POSTPONING STATUS CONFERENCE**

Upon consideration of High Mountain's Motion To Postpone Status Conference, any response thereto, the entire record herein, and for good cause shown, the Court hereby GRANTS High Mountain's motion. The status conference scheduled in this matter for 11:00 a.m. on December 4, 2007, is postponed until such time as High Mountain's bankruptcy petition in the United States Bankruptcy Court for the District of Wyoming has been resolved.


DATE:   December ____, 2007                    _____
                                                Richard J. Leon
                                                United States District Judge



DC:70007.1