IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL FANNING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIGH MOUNTAIN INSPECTION SERVICES, INC.,<br><br>　　　　Defendant. | Civil Action No. 06-2177 (RJL) |

**DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO POSTPONE STATUS CONFERENCE**

Defendant High Mountain Inspection Services, Inc. ("High Mountain"), by and through its counsel, hereby replies to Plaintiff's Opposition to Defendant's Motion to Postpone Status Conference ("Plaintiff's Opposition"), and states as follows:

1.  Plaintiff's Opposition is a futile attempt to have this Court usurp the Bankruptcy Court's jurisdiction. *In re Dominguez*, 312 B.R. 499, 505 (Bankr. S.D.N.Y. 2004) (automatic stay is not limited to litigants but also applies to state and federal courts). Plaintiff ignores the fact that the United States Department of Justice's Bankruptcy Trustee's Motion to Dismiss or Convert High Mountain's Wyoming bankruptcy proceeding does not nullify the status of this matter.[1] Pursuant to 11 U.S.C. Section 362, the above-captioned proceeding is automatically stayed as a result of the filing of the bankruptcy petition unless and until the Bankruptcy Court grants Plaintiff relief from the stay. *Id.* (only a bankruptcy court has jurisdiction to terminate, annul or modify the automatic stay). Notably, Plaintiff provides no

---

[1] Plaintiff's Opposition ignores the fact that the Trustee's request to dismiss alternatively seeks the conversion of the bankruptcy action.

legal authority for his apparent position that this Court has discretion to proceed when no relief from the stay has been granted, nor could he.

2. As such, the bankruptcy proceeding in the United States Bankruptcy Court for the District of Wyoming is still pending and this Court should not assume that the Bankruptcy Court will grant the U.S. Department of Justice's Bankruptcy Trustee's Motion. In any case, even if the Bankruptcy Court does grant the Motion to Convert, the automatic stay provision applies equally to petitions filed under Chapters 7, 9, and 11. *Grundy Nat'l Bank v. Stiltner*, 58 B.R. 593, 594 (W.D. Va. 1986).

3. Although High Mountain agrees that no party will be prejudiced by appearing at the status conference currently scheduled for December 4, 2007, at 11:30 a.m., the conference would be futile and a waste of this Court's time and resources because: (1) Plaintiff's Opposition apprises this Court of the status of the bankruptcy proceedings;[2] (2) discovery cannot commence in this matter while the bankruptcy is pending, *see In re Penn-Dixie Industries, Inc.*, 6 B.R. 832, 836 (Bankr. S.D.N.Y. 1980); (3) it would be premature to set a trial date since Plaintiff's claim could be disposed of in the pending bankruptcy proceedings; and (4) any action taken in violation of the automatic stay is void and without effect. *First Am. Title Ins. Co. v. Lett*, 238 B.R. 167, 192-93 (Bankr. W.D. Mo. 1999); *aff'd*, 242 F.3d. 375 (8th Cir. 2001).

Accordingly, for the reasons set forth above and in Defendant's Motion, the Court should grant Defendant's request to postpone the status conference set for December 4, 2007.

---

[2] In his effort to cast doubt on the merits of the pending bankruptcy and the credibility of High Mountain's counsel, Plaintiff fails to inform the Court that subsequent to the preliminary injunction hearing, a second action was brought against High Mountain for delinquent contributions in federal court in Missouri. *See Giljum, et al. v. High Mountain Inspection Servs., Inc.*, Civil Action No. 4:07-cv-847(RWS).

Dated: November 30, 2007                    Respectfully submitted,


                                            By:    /s/ Kevin M. Kraham
                                                Alison N. Davis, DC Bar No. 429700
                                                Kevin M. Kraham, DC Bar No. 459077

                                                FORD & HARRISON LLP
                                                1300 19th Street, N.W., Suite 700
                                                Washington, DC  20036
                                                Tel  (202) 719-2000
                                                Fax  (202) 719-2077
                                                adavis@fordharrison.com
                                                kkraham@fordharrison.com

                                                Attorneys for Defendant High Mountain Inspection Services, Inc.